United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Eric Rivera,<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action H-23-2075 |
| | §<br>§ | |
| AmGuard Insurance Company,<br>   *Defendant.* | §<br>§ | |

## ORDER

On January 15, 2025, Magistrate Judge Peter Bray recommended that the court grant Defendant AmGuard Insurance Company's motion for summary judgment. ECF No. 29. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation de novo and finds no error in law or fact. The court therefore **ADOPTS** the memorandum and recommendation as its memorandum and opinion. This case is **DISMISSED WITH PREJUDICE**.

A separate final judgment will be entered.

Signed at Houston, Texas, on February 3, 2025.

_____
Sim Lake
Senior United States District Judge